UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON THE T-MOBILE CELLULAR PHONE ASSIGNED CALL NUMBER 978-397-4582 AND BEARING IMSI 310260494526228 | M.J. Docket No. 17-mj-4293-DHH<br><br>EX PARTE APPLICATION<br><br>**FILED UNDER SEAL**<br><br>ALLOWED David H. Hennessy U.S.M.J.<br>**Nov 13, 2017** |

APPLICATION FOR A PEN REGISTER AND TRAP AND TRACE DEVICE

The United States of America, by Assistant U.S. Attorney Mark J. Grady ("Applicant"), applies to the Court for an Order pursuant to 18 U.S.C. §§ 3122 and 3123, authorizing the installation and use anywhere within the United States of a pen register and a trap and trace device on the T-Mobile cellular phone assigned phone number 978-397-4582, listed to Alexis I Carrasquillo, with an associated address of 6 Savoie Ave BLDG 712 Lawrence MA 01841 and bearing IMSI [1] 310260494526228 believed to be used by Carlos RODRIGUEZ, ERNESTO RODRIGUEZ and/or DAMIAN TORRES (hereinafter the "Target Telephone"), and to any

---

[1] Telephone networks differ in the technology they use to identify a subscriber and hardware connected to their networks.
   The IMSI ("International Mobile Subscriber Identifier") is a unique identification associated with all GSM, UMTS and LTE network mobile phone users, such as those on the AT&T Wireless, T-Mobile and sometimes Metro PCS networks. It is stored as a 64-bit field in the SIM ("Subscriber Identity Module") circuit which is imbedded into a removable plastic card and commonly referred to as a "SIM Card." The SIM Card can be transferred between different mobile devices, but retains the IMSI, which is coded as a thirteen to fifteen digit long numeric field that the mobile phone sends to the phone's cellular phone network. The cellular network uses the IMSI to identify the subscriber.
   The ESN/MEID ("Electronic Serial Number"/"Mobile Equipment Identifier") number is a globally unique number used to identify the physical hardware of a CDMA cellular telephone, such as those used on Verizon Wireless, Sprint and sometimes Metro PCS CDMA networks. The ESN/MEID number is burned into the actual hardware of a CDMA cellular telephone and is generally resistant to modification. It is used to identify the manufacture code and serial number of the device. CDMA networks utilize this number, along with the Mobile Identification Number (MIN) to identify the details of the mobile device, including the subscriber.

changed telephone number subsequently assigned the same IMSI number used by the Target Telephone.

In support of this application, I state as follows:

1. I am currently an "attorney for the Government" as defined in Fed. R. Crim. P. 1(b)(1), and therefore, pursuant to 18 U.S.C. § 3122, may apply for an order authorizing the installation and use of a pen register and a trap and trace device.

2. This Court has jurisdiction to grant this application pursuant to 18 U.S.C. §§ 3123(a)(1) and 3127(2)(A).

3. I certify that law enforcement agents from the Drug Enforcement Administration ("DEA") are conducting a criminal investigation of (1) ROBERTO ORTIZ, (2) JOSE ORTIZ, (3) JORGE BURGOS, (4) MARIA COTO, (5) JOSE RIVERA, (6) BRIAN STOLIKER, (7) LUIS PACHECO, (8) JOSEPH NERI, (9) MIKE HERNANDEZ aka "Chino," (10) GILBERTO VICTORIANO, (11) TINA MURPHY, (12) JOSE CABAN, (13) CARLOS RODRIGUEZ, (14) ERNESTO RODRIGUEZ, (15) DAMIAN TORRES and unknown others in connection with possible violations of 21 U.S.C. 841, distribution of controlled substances and 21 U.S.C. 846, conspiracy; it is believed that the subjects of the investigation are using the above described Target Telephone in furtherance of the subject offenses and that the information likely to be obtained from the pen register and trap and trace device is relevant to the ongoing criminal investigation. On November 1, 2017, the Honorable Allison D. Burroughs authorized wire and electronic interceptions on a phone utilized by Jorge BURGOS ("Burgos Wiretap Phone"). The user of the Target Telephone has been intercepted on the Burgos Wiretap Phone discussing the suspected delivery of heroin to Burgos. By way of specific examples, on November 3, 2017, at approximately 12:21pm, BURGOS spoke with the user of the Target Telephone. In the call

BURGOS asks, "Can I see you for an emergency. This is gone already," UM4582 replied, "Of course it would go." (Agents believe that BURGOS is asking to buy more heroin from UM4582 – "can I see you" – and UM4582 is expressing that he believes the heroin has sold because it was good product). During this conversation, BURGOS also stated, "It has to be as soon as possible because you know the checks arrive today, and you know? Everything is gone ... and "Dude, don't back up now, 'cause we're doing well. The word has spread." (Agents believe that BURGOS is representing that he wishes to purchase more heroin for distribution because customers will have money and that the word is spreading about the quality of their heroin). UM4582 later stated, "You got me, buddy. But nothing, I'll go down now, I'll do it... I'll prepare it real quick here at my house, bam bam, and... Let me see what I can do. I'll call you back in a while." (Agents believe that UM4582 is representing that he will prepare the heroin for sale at his house – "I'll prepare it real quick here at my house" – and will contact BURGOS about delivery). At approximately 12:37pm, BURGOS texted UM4582, "Please, good. No trash, and I want five." (Agents believe that BURGOS is asking that he be given high quality product and that he wants 50 grams, or five fingers – "I want five.").

    4.      I request that the Court issue an order pursuant to 18 U.S.C. § 3123 authorizing the installation and use anywhere within the United States for a period of sixty (60) days of:

    (a)    a pen register to decode dialing, routing, addressing, and signaling information transmitted by the Target Telephone, excluding the contents of any communication, and

    (b)    a trap and trace device to capture the incoming electronic or other impulses to the Target Telephone that identify the originating number or other

dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication.

5.      I further request, pursuant to 18 U.S.C. § 3127, that the Court's order specifically include the dialing, routing, addressing, and/or signaling information to and from the Target Telephone for any and all electronic communications as defined in 18 U.S.C. § 2510(12), including text, MMS and SMS messages, excluding the contents of any electronic communications.

6.      I further request that the Court's order apply not only to the telephone number listed above, but also to any changed telephone number assigned the same IMSI number as the Target Telephone within the 60-day period of authorization.

7.      I further request that the Court order, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124, that T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone, furnish the DEA forthwith all information, facilities, and technical assistance necessary to accomplish the installation and use of the pen register and trap and trace device unobtrusively and with a minimum of interference with the normal services provided to the Target Telephone.

8.      I further request that T-Mobile, any other person or entity providing wire or electronic communication service to the Target Telephone, and anyone else providing assistance to the applicant, be ordered, pursuant to 18 U.S.C. § 3123(d), not to disclose the existence of this application, the Court's Orders, and the existence of a pen register and trap and trace device on the Target Telephone or the existence of the investigation to any person, unless and until otherwise ordered by this Court.

9.     I further request that the Court issue an original Service Provider Order, in the form submitted herewith, for service upon T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone from which the statement of offenses and the name(s) of the person(s) under investigation have been removed.

10.    I finally request that the order bind not only T-Mobile but also any other person or entity providing wire or electronic communication service to the Target Telephone upon service of a copy of this Order without further order of this Court being required.

WHEREFORE, it is respectfully requested that the Court grant an order authorizing for a period of 60 days from the date of the order the installation and use anywhere within the United States of a pen register and trap and trace device, and directing T-Mobile and any other person or entity providing wire or electronic communication service to the Target Telephone forthwith furnish law enforcement agents from the DEA with all information, facilities and technical assistance necessary to accomplish the installation and use of the pen register and trap and trace device on the Target Telephone.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Mark J. Grady*
MARK J. GRADY
Assistant U.S. Attorney

Date Submitted: 11/9/2017